1572

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2005–0519.   **Northwest Local School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–J–1335.